CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 22 2020

JULIA C. DUDLEY, CLERK
BY: /s/ A. Slagle
   DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 7:11CR00036 |
| | (CASE NO. 7:20CV81450) |
| v. | **FINAL ORDER** |
| JOHN HENRY CONNER, JR., | By: Hon. Glen E. Conrad |
| | Senior United States District Judge |
| Defendant. | |

In accordance with the accompanying memorandum opinion, it is

**ADJUDGED AND ORDERED**

that the conditionally filed action under 28 U.S.C. § 2255, ECF No. 45, is **DISMISSED WITHOUT PREJUDICE** and stricken from the active docket of the court; and this same submission, considered as a motion for sanctions as titled, is **DENIED**. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 21st day of October, 2020.

/s/ Glen E. Conrad
Senior United States District Judge